## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICKY D. FOX** | : | **DOCKET NO. 2:06-cv-135**<br>**Section P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **BILLY RAY VICE, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### <u>JUDGMENT</u>

For the reasons stated in the foregoing Memorandum Ruling, it is

ORDERED that the federal claims against the defendants be DISMISSED WITH PREJUDICE.

The court declines to exercise supplemental jurisdiction over the remaining state law claims. Accordingly, the trial date is hereby upset, and this case is REMANDED to the state court for consideration of the remaining state law claims.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, October 16, 2007.


_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE